44 So.2d 37

### David NOAH v. STATE.
### 5 Div. 295.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.